

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00506-CV

**TEXAS MUTUAL INSURANCE CO.**,
Appellant

v.

**CLARENCE DAILEY ELECTRIC, INC.**,
Appellee

From the 78th District Court, Wichita County, Texas
Trial Court No. 174,534-B-2
Honorable W. Bernard Fudge, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Texas Mutual Insurance Company.

SIGNED August 30, 2013.



_____
Patricia O. Alvarez, Justice